(January 28, 2014)

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v FRANK RUIZ, Also Known as HECTOR CORTEZ, Respondent. [978 NYS2d 850]—

In view of the Court of Appeals' recent decision in *Boyer*, defendant was not entitled to relief under CPL 440.20 from his original sentencing as a second violent felony offender. Accordingly, we vacate the judgment of resentence and remand for resentencing in accordance with the rule stated in *Boyer*. Concur—Gonzalez, P.J., Friedman, Moskowitz and Feinman, JJ.